USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/06

COURTESY COPY

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORETTA ...
U. S. DIST... JUDGE
S D N Y.

------------------------------------------------- X
NICE BLENDS CORP.                                 :
                                                  :
            Plaintiff,                            :   Civil Action No. 06 CIV. 00380 (LAP)
                                                  :
    v.                                            :
                                                  :
MAXIMUM QUALITY FOODS INC.                        :
                                                  :
            Defendant.                            :
------------------------------------------------- X

## STIPULATION OF DISMISSAL

Plaintiff Nice Blends Corp. ("Nice" or "Plaintiff") and Maximum Quality Foods Inc. ("Maximum" or "Defendant") have settled the matters at issue between them, as detailed in an executed Agreement, effective as of March ___, 2006 ("Settlement Agreement").

In accordance with the terms of the Settlement Agreement, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the filing of this stipulation of dismissal signed by all parties who have appeared in the action, Plaintiff Nice and Defendant Maximum, through their respective undersigned counsel, agree to the entry of this Stipulation of Dismissal, and it is hereby STIPULATED:

1. Plaintiff agrees to dismiss all causes of action against Defendant alleged herein, with prejudice.

2. Each party hereto shall bear its own costs and attorney fees and no costs or attorney fees are awarded to any party.

Dated: May 17, 2006

_____
Myron Greenspan (MG 7347)
Cathy E. Shore-Sirotin (CS 0682)
Attorneys for Plaintiff
LACKENBACH SIEGEL LLP
One Chase Road
Scarsdale, New York 10583
Tel: (914) 723-4300
Fax: (914) 723-4301

Dated: March 17, 2006

_____
Steven L. Procaccini (SP 1044)
Robert B. Cohen
Attorneys for Defendant
LERNER, DAVID, LITTENBERG,
  KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090
Tel. (908) 654-5000
Fax (908) 654-7866

The Clerk of the Court shall
mark [illegible] and all
pending [illegible] as moot.

SO ORDERED:

_____
Loretta A. Preska, U.S.D.J.

May 23, 2006